GREENSPOON MARDER LLP
Evan M. Goldman, Esquire
One Riverfront Plaza
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
T:  (732) 456-8728
Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOSPITALITY INTERNATIONAL, INC. and RED CARPET INNS INTERNATIONAL, INC., <br><br> Plaintiffs <br><br> v. <br><br> BM HOSPITALITY, LLC, *et al.*, <br><br> Defendants. | Civil Action No.:  1:22-cv-04891 |

**REQUEST FOR ENTRY OF DEFAULT**

To: The Clerk for the United States District Court for the District of New Jersey

Kindly enter the default of Defendant, BM Hospitality, LLC, for their failure to plead or otherwise defend against Plaintiffs' Complaint, as provided by the Federal Rules of Civil Procedure, and pursuant to the Affidavit of Evan M. Goldman, Esq., attached hereto.

Respectfully submitted,

GREENSPOON MARDER LLP

/s/ *Evan M. Goldman*
Evan M. Goldman
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
(732) 456-8728
Email: evan.goldman@gmlaw.com

*Counsel for Plaintiffs, Hospitality International, Inc. and Red Carpet Inns International, Inc.*