GREENSPOON MARDER LLP
Evan M. Goldman, Esquire
One Riverfront Plaza
1037 Raymond Blvd, Suite 900
Newark, New Jersey 07102
T:  (732) 456-8728
Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HOSPITALITY INTERNATIONAL, INC. and RED CARPET INNS INTERNATIONAL, INC., <br><br> Plaintiffs <br><br> v. <br><br> BM HOSPITALITY, LLC, *et al.*, <br><br> Defendants. | Civil Action No.: 1:22-cv-04891 |

## **AFFIDAVIT OF EVAN M. GOLDMAN, ESQ.**

COUNTY OF ESSEX              )
                             ) ss:
STATE OF NEW JERSEY          )

I, Evan M. Goldman, hereby depose and say as follows:

     1.    I am an adult over the age of eighteen (18) years old and of sound mind.  I have firsthand knowledge of the facts set forth in this Affidavit.

     2.    I am an attorney for Plaintiffs, Hospitality International, Inc. and Red Carpet Inns International, Inc. ("Plaintiffs")

     3.    On August 3, 202, Plaintiffs filed a Complaint against Defendant BM Hospitality, LLC ("Defendant"). See ECF No. 1.

4. The Complaint alleged that Defendants used Plaintiffs' trademarks and franchise system after the expiration and valid termination of a license to use the marks.

5. Defendant was served with process on August 8, 2022. See ECF No. 6.

6. Pursuant to Federal Rule of Civil Procedure 12: "A defendant must serve an answer. . . within 21 days after being served with the summons and complaint." FED. R. CIV. P. 12(a)(1)(A)(i).

7. Defendants have failed to file an answer or otherwise move in response to Plaintiffs' Complaint.

8. Defendants have failed to severe any extension of time to respond to the Complaint.

9. Therefore, a default is appropriate against Defendants pursuant to Federal Rule of Civil Procedure 55(A).

_____
Evan M. Goldman, Esq.

The foregoing was acknowledged before me this 28th day of October, 2022 by Evan M. Goldman, who is personally known to me.

_____
NOTARY PUBLIC

My Commission Expires: 12/14/26

KAITLIN O'CONNOR
Notary Public, State of New Jersey
Commission # 50179053
My Commission Expires 12/14/2026