IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| HOSPITALITY INTERNATIONAL INC., and RED CARPET INNS INTERNATIONAL INC., <br><br> Plaintiffs, <br><br> v. <br><br> BM HOSPITALITY, LLC, <br><br> Defendant. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 22-04891-KMW-EAP <br><br> **ORDER** |

**WILLIAMS, District Judge:**

**THIS MATTER** This matter comes before the Court on Plaintiffs Hospitality International Inc. and Red Carpet Inns International Inc.'s Motion for Default Judgment (ECF No. 9); and to date Defendant BM Hospitality, LLC has not filed an appearance nor responded to the Complaint or the instant motion; for the reasons set forth in the accompanying Opinion of even date; and for good cause shown;

IT IS this 29th day of September 2023 hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment is **GRANTED.**

**FURTHER ORDERED** that the Court shall hold a hearing pursuant to 15 U.S.C. § 1116 on Thursday, October 12, 2023, at 3:00 P.M.

KAREN M. WILLIAMS
United States District Judge